UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| TRAVONTA TRAVEZ JONES AND TERRY LEE BROWN,<br>*Plaintiff*<br><br>v.<br><br>FCA US, LLC,<br>*Defendant* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§     Case No. 1:24-CV-00113-RP |

**ORDER**

Plaintiff filed this action on January 31, 2024. Dkt. 1. By Text Order issued February 13, 2024, the District Court extended Defendant's answer deadline to March 25, 2024. Defendant did not file a timely Answer or otherwise respond.

When a party fails to timely plead or defend, it may be held in default. FED. R. CIV. P. 55(a). If a defendant is in default, the Court may require the plaintiff to move for entry of default and default judgment. W.D. Tex. Loc. R. CV-55. Accordingly, **IT IS ORDERED** that Plaintiff either (a) move for entry of default against Defendants or (b) file a status report on or before **April 15, 2024**.

**SIGNED** on April 1, 2024.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE